# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2399
_____

DEXTER REGINALD DAVIS

Appellant,

v.

STATE OF FLORIDA

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua Hawkes, Judge.

September 11, 2024


PER CURIAM.

AFFIRMED. *See State v. Creller*, 386 So. 3d 487, 495 (Fla. 2024) (holding that the Fourth Amendment allows a K-9 officer arriving midway through a lawful traffic stop to command the driver to exit the vehicle for officer safety before conducting a lawful vehicle sweep).

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.